IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00125-01-CR-W-GK |
| | ) | |
| SONNY VLEISIDES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION**
**TO SHOW CAUSE AND VIOLATION REPORT**

# EXHIBIT 2

| From: | Sonny V |
|---|---|
| To: | courtney_pierce@mow.uscourts.gov |
| Subject: | general update |
| Date: | Tuesday, May 10, 2011 9:47:30 AM |

Hi Courtney,

I thought I'd update you on my work...

**Spartan foundation systems** has continued to grow. We're out of the startup phase and have about half our equipment paid off. At the current pace, we'll be debt free and into pure profit by Christmas. The Chinese steel imports would begin at that time unless we get 3rd party investment before then. We are preparing to launch an online store to sell foundation repair supplies to other contractors in our industry. This is a natural result of our having figured out how to get costs down for our own operation and realizing that other contractors are eager to enjoy the savings as well. That website is now live at http://www.foundationrepairsupply.com As we grow, I'll be spending less time in the field and more time in the office taking care of marketing and online sales.

**Dealerhound** - The dealerhound project has not yet started. I've been working evenings and weekends on the software for this for over a year now. Why hasn't it started? It can't move forward without investment. I'm not involved with that process, so I wait. However, I just received a call letting me know that the investor group has moved into the final stage of their approval. Once again I'm expecting things to start imminently. As they do, I'll be given a contract for one year employment at 50k salary... plus an equity stake in the company. I won't be leaving Spartan, but I will retreat from the field there entirely and split my office time evenly between the two companies. Both know of my obligation to the other.

**Home** - Christy and I are looking at property. We can't afford it at the moment but salary from Spartan & Dealerhound will be enough soon, so we've begun the process of looking. We're settled on a building lot in south Kansas City and are currently in negotiations for it. I'm pretty sure I need to get approval from you before getting a loan. Is there a form for that from your office or do we just need to have the discussion? Please let me know.

Regards,
Sonny

PS. We still have the passport issue to discuss. (I haven't sent the court order to the state department lady yet).

| From: | Sonny V |
| --- | --- |
| To: | courtney_pierce@mow.uscourts.gov |
| Subject: | Monthly report - May |
| Date: | Monday, June 06, 2011 12:34:13 AM |
| Attachments: | IMG_0726.JPG |
| | IMG_0759.JPG |
| | monthly-back.jpg |
| | monthly-front.pdf |

Hi Courtney,

Here attached are the front and back of my May monthly report.
Also attached is a photo of me at the job site at the Iowa hospital. That's a test rig we use to demonstrate the support capabilities of the piers installed. Also included is a photo of me & Indy on the carpet.

The dealerhound.com project is back on hold due to the 2nd investor backing out. Their reason for declining was that in their view it was a 2 million dollar a year business and therefore was too small to fit in their portfolio. It's a downer, but that's how things go. We'll plug on forward as always. Spartan continues to do well, so that will continue to get 100% of my time until another investor emerges for dealerhound.com.

Regards,
Sonny

| From: | SCV K |
|---|---|
| To: | courtney_pierce@mow.uscourts.gov |
| Subject: | RE: Car credit |
| Date: | Monday, July 16, 2012 9:41:45 PM |

I nearly called you today about this.

Thx. I'll get on this tomorrow.

S


> Subject: Re: Car credit
> To: sonofodi@hotmail.com
> From: Courtney_Pierce@mow.uscourts.gov
> Date: Mon, 16 Jul 2012 14:55:25 -0500
>
> Mr. Vleisides,
>
> I meant to send you this sooner, I told you that I would email a list of
> documents that the probation office needs regarding your business.
>
> The Kansas City business license, corporation papers and a copy of the
> law/regulation from the Department of Commerce we talked about.
>
> That's what I have in my notes.
>
>
>
> From: Sonny V <sonofodi@hotmail.com>
> To: <courtney_pierce@mow.uscourts.gov>
> Date: 08/15/2011 11:22 PM
> Subject: Car credit
>
>
>
> Hi Courtney,
>
> Christy's Volvo wagon is now dead. She's been driving my old Jag, but it's
> proving to be unreliable so we've begun car shopping. With our combined
> credit, we qualify for a 15k car loan which we can comfortably afford now
> that she's employed. We're not sure if I'll end up cosigning for her or
> her cosigning for me but it'll be a joint purchase. I'm writing to let you
> know and give you the opportunity to tell me not to do it.
>
> Regarding the washer dryer, I got approved for a $500 home depot card.
> Christy and I are going to transact on that as soon as we get past the car
> emergency.
>
> Regards,
> Sonny
>
> PS. Dealerhound is still waiting for an investor. Butterfly Labs is in
> engineering phase. I continue on with Spartan.
> PPS. Indy turns 1 year on September 3rd![attachment "Indy yesterday.JPG"
> deleted by Courtney Pierce/MOWD/08/USCOURTS]
>