IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00125-01-CR-W-GK |
| | ) | |
| SONNY VLEISIDES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MEMORANDUM IN OPPOSITION
TO SHOW CAUSE AND VIOLATION REPORT

# EXHIBIT 4

| From: | SCV K |
|---|---|
| To: | Courtney_Pierce@mow.uscourts.gov |
| Subject: | Travel |
| Date: | Wednesday, July 24, 2013 9:59:25 AM |

Hi Courtney, we have a meeting with a large New York investment house this coming Monday. It appears they're interested in our company. We're all Departing MCI at 15:15 CDT on Southwest Airlines flight 2976 on Sun July 28th. We're planning on coming back wed/thu. We don't have hotel reservations yet... planning on winging it.

This is all pretty exciting for me. Wish me luck.

Sonny

| From: | SCV K |
|---|---|
| To: | Courtney_Pierce@mow.uscourts.gov |
| Subject: | Corporate Tax filings |
| Date: | Thursday, August 29, 2013 5:15:53 PM |
| Attachments: | BFLABSINC2011 return.pdf |
| | wsp tax 2012.pdf |

Courtney, here are the tax filings for 2011 for BF Labs Inc. 2012 as I mentioned is still being worked on by our accounting firm Marks & Nelson. (A large local firm). They're still being worked on because the two prior accountants just couldn't keep up as we ballooned. Consequently a whole team at Marks & Nelson had to start from scratch to get everything right as we move towards presenting ourselves to the Venture Capital suitors. Marks & Nelson don't have what you're looking for yet. If there's anything you can think of that would help beyond what I've sent, please tell me.

Here also attached are the the taxes filed for Webspawner.

The accountants we've had are (in chronological order):

Current: Marks & Nelson (local KC accounting firm) - contact person is Linda Freeman (816-743-7700)
Prior: Jan Gallager (Leawood KS, formerly with Sprint)
Prior: Linda Freeman (Kansas City, Missouri)

Kind regards,
Sonny

| | |
|---|---|
| From: | SCV K |
| To: | Courtney_Pierce@mow.uscourts.gov |
| Subject: | Customer list & order book |
| Date: | Thursday, August 29, 2013 9:00:45 PM |
| Attachments: | Customer-Order-Report-7-31-13.xml |

Courtney, here is the full customer & order list attached. This is in microsoft excel format and is every order up to the end of July this year.

Regards,
Sonny

| | |
|---|---|
| **From:** | SCV K |
| **To:** | Courtney_Pierce@mow.uscourts.gov |
| **Subject:** | Personal Tax filing |
| **Date:** | Friday, August 30, 2013 9:54:30 AM |
| **Attachments:** | Personal Tax Return.pdf |

Courtney, this is my 2011 tax filings. My 2012 has been filed for extension and is also being worked on by Marks Nelson as it's dependent on the results of their BF Labs accounting work.

Regards,
Sonny

| | |
|---|---|
| **From:** | SCV K |
| **To:** | Courtney_Pierce@mow.uscourts.gov |
| **Subject:** | BOD |
| **Date:** | Friday, August 30, 2013 9:59:01 AM |

Courtney, the board of directors for BF Labs Inc. (Butterfly Labs) is:

Jody Drake (USA - Kansas)
Nasser Ghosseiri (France - Paris)
Sonny Vleisides (USA - Kansas)

Regards,
Sonny

| From: | SCV K |
| --- | --- |
| To: | Courtney_Pierce@mow.uscourts.gov |
| Subject: | Business location information |
| Date: | Friday, August 30, 2013 10:14:26 AM |

Courtney, here is a map of BFL's company presence:

**Newport Beach, California**
- Chronicle Technology & Custom Silicon Solutions, led by John Cheng. They are our contract engineering partner for our silicon engineering (chip design architects).

17951 Sky Park Circle, Suite F
Irvine, CA 92614

**Paris, France**
- Nasser Ghoseiri, originating founder and lead engineer for PCB, protocol, firmware and chip logic.

6 Allee des ROMARINS
78180 Montigny le Bretonneux
FRANCE

**Chicago, Illinois**
- PCB Manufacture and assembly via our contract manufacturing partner, PCB Overnight Inc. This operation is led by our employee in Chicago, Ankur Patel.

709 Sherwood Ln
Schaumburg IL 60193

**Overland Park, Kansas**
- Company Headquarters
- Management & Customer Service offices
- Engineering
- Product assembly
- Product testing
- Product shipping center
- Parts warehousing

10770 El Monte St
Overland Park, Kansas 66211