IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00125-01-CR-W-GK |
| | ) | |
| SONNY VLEISIDES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION**
**TO SHOW CAUSE AND VIOLATION REPORT**

# EXHIBIT 7

| | | | | | | User Name | Password | Log in | Help | Register |
|---|---|---|---|---|---|---|---|---|---|---|

**BUTTERFLYLABS**

☐ Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |
|---|---|---|---|---|---|---|

User Gallery  Most Popular  Member Blogs                              Advanced Search

🏠 Blogs    BFL_Jody

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## BFL_Jody                                                     + Create Blog

### Wednesday, Sept. 18, 2013 Shipping Update

by BFL_Jody, 09-18-2013 at 10:28 PM

**Jalapenos 4.5 and 5 gh/s: Feb 15, 2013**

**Little Singles 30 and 25 gh/s: Nov. 28, 2012**

**Singles 60 and 50 gh/s: Oct 17, 2012 pay date**

**MiniRigs: August 15 (1st 500 g/s units), July 20 orders (2nd 500 gh/s) and
June 27 orders (3rd 500 gh/s unit)**

**I think people with FPGA's to trade-in for January orders should send them in NOW.**

Categories: Uncategorized

💬 0 Comments

### Tuesday, Sept 17, 2013 Shipping Update

**BFL_Jody**

👤 Go to Profile
✓ Mark as Read

Join Date:      Sep 2012
Posts:              10
Blog Entries:   174

**Blog Categories**               [^]

Local Categories
  ☐ Uncategorized

**Recent Comments**              [^]

  Friday, August 23, 2013 Shipping Update
  by Worfed

  Customer Service can Blog!
  by googs

  Wednesday, June 12 Shipping Update
  by BillJ

https://forums.butterflylabs.com/blogs/bfl_jody/                              9/19/2013

by BFL_Jody, 09-17-2013 at 11:43 PM

**Jalapenos 4.5 and 5 gh/s: Feb 14, 2013**

**Little Singles 30 and 25 gh/s: Nov. 27, 2012**

**Singles 60 and 50 gh/s: Oct 3, 2012 pay date**

**MiniRigs: August 15 (1st 500 g/s units), July 20 orders (2nd 500 gh/s) and**
**June 27 orders (3rd 500 gh/s unit)**

If you have November or December FPGA Trade-in orders, NOW is a good time to send in your old units.

Categories: Uncategorized

🗨 0 Comments

## Monday, Sept 16, 2013

## Shipping Update

by BFL_Jody, 09-16-2013 at 10:57 PM

**Jalapenos 4.5 and 5 gh/s: Feb 14, 2013**

**Little Singles 30 and 25 gh/s: Nov. 19, 2012**

**Singles 60 and 50 gh/s: Sept 18, 2012 pay date**

**MiniRigs: August 15 (1st 500 g/s units), July 20 orders (2nd 500 gh/s) and**
**June 27 orders (3rd 500 gh/s unit)**

I made a mistake on the Jally's for Friday and Saturday. All we have had to ship are 6.5gh units so the order paydates after Feb 14 have not been filled yet.

If you have October pay dates ...

Categories: Uncategorized

🗨 0 Comments                    Read More ➡

---

Monday, August 19, 2013 Shipping Update
by Li1in

Friday/Saturday, August 16/17, 2013 Shipping Update
by shepd

### Recent Blog Posts

Wednesday, Sept. 18, 2013 Shipping Update
09-18-2013 10:28 PM

Tuesday, Sept 17, 2013 Shipping Update
09-17-2013 11:43 PM

Monday, Sept 16, 2013 Shipping Update
09-16-2013 10:57 PM

Saturday, Sept 14, 2013 Shipping Update
09-15-2013 06:18 AM

Friday, Sept 13, 2013 Shipping Update
09-14-2013 12:09 AM

### Recent Visitors

Anova, AsicMinter, *crazydownloaded*, ddalex, GBushukhin, minix69, **PinkPanther**, ricardo9874, **sly5am**, whonesta

### Archive

| < | | September 2013 | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |

### Saturday, Sept 14, 2013

### Shipping Update

by BFL_Jody, 09-15-2013 at 06:18 AM

**Jalapenos 4.5 and 5 gh/s: Feb 14, 2013**

**Little Singles 30 and 25 gh/s: Nov. 6, 2012**

**Singles 60 and 50 gh/s: Sept 9, 2012 pay date**

**MiniRigs: August 15 (1st 500 g/s units), July 20 orders (2nd 500 gh/s) and**
**June 27 orders (3rd 500 gh/s unit)**

Updated 09-16-2013 at 05:22 PM by BFL_Jonathon
Categories:Uncategorized

💬 0 Comments

### Friday, Sept 13, 2013

### Shipping Update

by BFL_Jody, 09-14-2013 at 12:09 AM

**Jalapenos 4.5 and 5 gh/s: Feb 14, 2013**

**Little Singles 30 and 25 gh/s: Nov. 6, 2012**

**Singles 60 and 50 gh/s: Aug 30, 2012 pay date**

**MiniRigs: August 15 (1st 500 g/s units), July 20 orders (2nd 500 gh/s) and**
**June 27 orders (3rd 500 gh/s unit)**
We moved a lot of MiniRig orders this week by putting the boards in Singles cases instead of the MiniRig case for customers who have opted for this configuration. MiniRigs take longer to build than an equal ...

Updated 09-16-2013 at 05:22 PM by BFL_Jonathon
Categories:Uncategorized

💬 0 Comments                    Read More →

▼Page 1 of 35  2 3 11 ...  ▶ Last ▶▶