IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
 )
    Plaintiff, ) CRIMINAL/CIVIL
 ) ACTION NUMBER: 11-00125-01-CR-W-DGK
vs. )
 )
Sonny Chris Vleisides )
 ) Date: January 28, 2014
    Defendants. )

## Defendant's EXHIBITS

- √ = Offered & Admitted without objection
- X = Offered & Admitted over objection
- Ex. = Offered, but objected to and excluded
- N.O. = Marked but not offered
- D.B. = Admitted, de bene
- W.D. = Offered then withdrawn
- Ltd. = Admitted for limited purposes

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 100 | √ | 1/28 | 9:33 am | Judgment & Probation Commitment Order |
| 101 | √ | 1/28 | 9:35 am | Violation Report 9/3/13 |
| 102 | √ | 1/28 | 9:36 am | Transcript of Hearing Held 12/17/13 |
| 103 | √ | 1/28 | 9:49 am | Probation Office Financial Forms |
| 104 | √ | 1/28 | 9:47 am | Portion of Tax Return filed 2012 |
| 105 | √ | 1/28 | 9:50 am | Letter from Polsinelli Law Firm |
| 106 | NO | 1/28 | 9:57 am | Complaint Overview by BBB |
| 112 | NO | 1/28 | 10:06 | Audi Transaction Document |
| 114 | NO | 1/28 | 10:05 | Final Closing Statement |

Page #_____ I CERTIFY that I have this date _____ received the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits, listed above, for which I will hold myself responsible.

Shazzie Naseem
PRINTED NAME

SIGNATURE

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

                      Plaintiff,   )     CIVIL/CRIMINAL
                              )     ACTION NUMBER:

vs.

                              )     Date:
           Defendants. )

## Continuation
## EXHIBIT INDEX

Page #_____

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 120 | NO | 1/28 | 10:27 | Computer Hardware |
|  |  |  |  |  |