# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SONNY CHRIS VLEISIDES, <br><br> Defendant. | Case No. 11-00125-01-CR-W-DGK |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

Pursuant to the show cause hearing held on January 28, 2014, and the joint motion of the parties in this case (Doc. 30) it is hereby

**ORDERED** that Sonny Chris Vleisides' term of supervised release was extended for a period of twenty-four (24) months, with said period of supervised release to terminate on September 15, 2015. Defendant shall comply with all conditions previously imposed by this Court on January 31, 2014, and those previously imposed in the original judgment dated September 15, 2010.

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated at Kansas City, Missouri, this 11th day of March, 2014.